**GLOBAL COMMUNICATIONS,**
**INC., Plaintiff–Appellant,**

v.

**PDI COMMUNICATIONS, INC., North American Cable Equipment, Inc., Perfectvision Manufacturing, Inc., and DSI Systems, Inc., Defendants–Appellees.**

No. 2012–1619.

United States Court of Appeals,
Federal Circuit.

May 8, 2013.

Guy M. Burns, Johnson, Pope, Bokor, Ruppel & Burns, LLP, of Tampa, FL, argued for plaintiff-appellant. With him on the brief was Jonathan S. Coleman. Of counsel on the brief was J. Wiley Horton, Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., of Tallahassee, FL.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for defendants-appellees. With him on the brief was Jennifer L. Swize; Louis Touton, of Los Angeles, CA.

RADER, Chief Judge, REYNA and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**